# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALISA BROWN, | ) |
|        Plaintiff, | ) |
| vs. | ) NO. CIV-15-1321-HE |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
|        Respondent. | ) |

## ORDER

Plaintiff Alisa Brown filed this appeal from the decision of the Commissioner of the Social Security Administration denying her application for benefits. Plaintiff has also filed an application to proceed *in forma pauperis*. Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Gary M. Purcell, who recommends the application for leave to proceed *in forma pauperis* be denied and the case be dismissed unless plaintiff pays the full filing fee.

Plaintiff has not objected to the Report and Recommendation, and has therefore waived any right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the Report and Recommendation [Doc. No. 3] is **ADOPTED**. Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is **DENIED**. Plaintiff is directed to pay the full $400.00 filing fee within twenty (20) days from entry of this order. Absent such payment, this case will be dismissed.

**IT IS SO ORDERED**.

Dated this 5th day of April, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE